IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALE KRIZAN, and
DAVID-WYNN MILLER,

      Plaintiffs,

JUDGMENT IN A CIVIL CASE

12-cv-798-bbc

v.

FARM CREDIT SERVICE OF
NORTH-CENTRAL WISCONSIN,

      Defendant.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_____  _____
Peter Oppeneer, Clerk of Court          Date
                                  12/11/12